PER CURIAM.
AFFIRMED. Alachua County v. State, 737 So.2d 1065 (Fla.1999); Dryden v. Madison County, 696 So.2d 728 (Fla.1997), vacated, 522 U.S. 1145, 118 S.Ct. 1162, 140 L.Ed.2d 173 (1998), reaffirmed, 727 So.2d 245 (Fla.1999), cert. denied, 527 U.S. 1022, 119 S.Ct. 2367, 144 L.Ed.2d 772 (1999); Gulesian v. Dade County School Bd., 281 So.2d 325 (Fla.1973).
ERVIN, DAVIS and VAN NORTWICK, JJ„ CONCUR.